PROB 12A
(7/93)

# United States District Court

### for

### District of New Jersey

### Report on Offender Under Supervision

Name of offender: Alex Troy Fuller

Cr.: 10-CR-600 (DRD)
PACTS #: 33103

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise (jurisdiction transferred from MD/FL)

Date of Original Sentence: 10/28/08

Original Offenses: Possession of a Firearm by a Convicted Felon and Possession of Stolen Firearm

Original Sentence: 30 months imprisonment followed by a three-year-term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/24/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender tested positive for marijuana on August 24, 2010. |

U.S. Probation Officer Action:

The offender was referred to Integrity House for outpatient drug treatment and placed in the code-a-phone random urine monitoring program.

Respectfully submitted,

By: Kellyanne Kelly
U.S. Probation Officer
Date: 9/21/10

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Sept. 23 2010
Date